1   **MICHAEL B. BIGELOW**
    **Attorney at Law**
2   State Bar Number 065211
    428 J Street, Suite 350
3   Sacramento, CA  95814
    Telephone: (916) 443-0217
4
5   Attorney for Petitioner
    Arthur G. Alvary
6
7              IN THE UNITED STATES DISTRICT COURT FOR THE
8                    EASTERN DISTRICT OF CALIFORNIA
9   ARTHUR AVERY,                    )    No. CIV. S-01-05051 JKS P
                                     )
10          Petitioner               )    ▬▬▬▬▬ ORDER
                                     )    GRANTING REQUEST FOR
11                                   )    RELIEF FROM DEFAULT; EXTENSION
            v.                       )    OF TIME
12                                   )
13  STEVEN CAMBRA, Warden,           )
                                     )
14          Respondent.              )
    _____ )
15
        **IT IS ORDERED**
16
        That petitioner's request for relief from default and for
17
    late filing of his request for an extension of time to file
18
    supplemental pleadings shall be granted;
19
20      **IT IS FURTHER ORDERED**
21      That petitioner's supplemental pleadings shall be filed no
22  later than June 18, 2005.
23
24  DATED: May 19, 2005
25                                   Hon. James K. Singleton
                                     Senior Judge, United States
                                     District Court.

                                  1