IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR G. ALVARY,<br><br>          Petitioner,<br><br>     vs.<br><br>STEVEN CAMBRA, Acting Director of CDC; GEORGE A. ORTIZ, Warden; and the ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>          Respondents. | Case No. CIV F-01-5051 (JKS)<br><br>O R D E R |

Counsel for Petitioner Arthur Alvary requests a second extension of time in which to file supplemental pleadings in this case. Docket No. 53. Recognizing that this case is both complex and difficult, the Court will **GRANT** the request. Alvary's supplemental opening brief will be due **on or before Monday, August 1, 2005**. Respondents shall file their opposition, if any, **on or before Friday, September 2, 2005**. Alvary's reply, if any, to the State's opposition will be due **five (5) days** after the State's brief is filed. Counsel for both parties should work to diligently meet these deadlines so that this matter may be resolved as expeditiously as possible.

**IT IS SO ORDERED.**

Dated at Anchorage, Alaska, this 22 day of June 2005.

                                       /s/ James K. Singleton, Jr.
                                  **JAMES K. SINGLETON, JR.**
                                     United States District Judge

1