IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR G. ALVARY,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN CAMBRA, Acting Director of CDC; GEORGE A. ORTIZ, Warden; and the ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>    Defendants. | Case No. CIV F-01-5051 (JKS)<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

  X   **DECISION BY COURT**.  This action came to trial or hearing before the Court.

The issues have been tried or heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that Arthur G. Alvary's petition for habeas corpus is **DENIED**.  This action is **DISMISSED WITH PREJUDICE**.

APPROVED:

  /s/ James K. Singleton, Jr.
    **JAMES K. SINGLETON, JR.**
       United States District Judge

  December 8, 2005                                                              JACK L. WAGNER
        Date                                                                                  Clerk

                                                                                        /s/ S. Robles
                                                                                         (By) Deputy Clerk