```
1  MICHAEL B. BIGELOW
   Attorney at Law
   State Bar No. 65211
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 443-0217
   FAX (916) 447-2988
4
   Attorney for Petitioner
5  Arthur Alvary
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ARTHUR ALVARY, | ) No. CIV. S-01-5051 JKS P |
|---|---|
| Petitioner, | ) |
| v. | ) ▬▬▬▬ ORDER |
| STEVEN CAMBRA, Warden, | ) |
| Respondent. | ) |

Under authority of Title 28, United States Code, section 2253(c) and Federal Rule of Appellate Procedure 22(b)(1), the Court hereby certifies that there is cause for an appeal in the above-entitled case. Accordingly, a certificate of appealability is hereby granted as to the following issue: Whether the petitioner was denied his Sixth Amendment constitutional right to effective assistance of counsel, fair trial and Due Process when trial counsel failed to effectively and appropriately present a closing argument on petitioner's

1

behalf.

**IT IS SO ORDERED**

DATED: DECEMBER 21, 2005

*/s/ James K. Singleton, Jr.*
JAMES K. SINGLETON, JR.
United States District Court